UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH LEON ROBINSON, | Case No. CV 11-09142 JSL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| TIM VIRGA, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice for the reasons stated in the related Order.

Dated: March 28, 2012

J. SPENCER LETTS
SENIOR JUDGE