UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RALPH LEON ROBINSON,

    Petitioner,

v.

TIM VIRGA, Warden,

    Respondent.

Case No. CV 11-09142 JSL (AN)

JUDGMENT

IT IS HEREBY ADJUDGED THAT this action is dismissed without prejudice for the reasons stated in the related Order.

Dated: March 28, 2012

*Spencer Letts*

J. SPENCER LETTS
SENIOR JUDGE