FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  *shy*                         DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RALPH LEON ROBINSON, | Case No.  CV 11-09142 MMM (AN) |
| Petitioner, | |
| v. | ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| TIM VIRGA, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [51]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1.     The Court rejects Petitioner's contention in his Objections that *California law* has created a clearly established, federally-protected right to attack his prior convictions. *See Lackawanna County Dist. Attorney v. Coss*, 532 U.S. 394, 403, 121 S. Ct. 1567 (2001); *see also Nunes v. Ramirez-Palmer*, 485 F.3d 432, 443 (9th Cir. 2007).

///

1      2.      This remaining Objections are also overruled and the Court accepts the

2 findings and recommendation of the R&R.

3      3.      Judgment shall be entered denying the Third Amended Petition and

4 dismissing this action with prejudice.

5      4.      All pending motions are denied as moot and terminated.

6      IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this

7 Order and the Judgment on all counsel or parties of record.

8

9

10 Dated: June 14, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28