FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH LEON ROBINSON,<br><br>    Petitioner,<br><br>    v.<br><br>TIM VIRGA,<br><br>    Respondent. | Case No. CV 11-09142 MMM (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [51]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Court rejects Petitioner's contention in his Objections that *California* law has created a clearly established, federally-protected right to attack his prior convictions. *See Lackawanna County Dist. Attorney v. Coss*, 532 U.S. 394, 403, 121 S. Ct. 1567 (2001); *see also Nunes v. Ramirez-Palmer*, 485 F.3d 432, 443 (9th Cir. 2007).

///

1      2.    This remaining Objections are also overruled and the Court accepts the
2  findings and recommendation of the R&R.
3      3.    Judgment shall be entered denying the Third Amended Petition and
4  dismissing this action with prejudice.
5      4.    All pending motions are denied as moot and terminated.
6      IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
7  Order and the Judgment on all counsel or parties of record.

10  Dated: June 14, 2013

                                                                      */s/ Margaret M. Morrow*
                                                                      MARGARET M. MORROW
                                                                      UNITED STATES DISTRICT JUDGE