1

2

3

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

4

JUN 1 8 2013

5

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### WESTERN DIVISION

11

12

RALPH LEON ROBINSON,                )   Case No.  CV 11-09142 MMM (AN)

13

    Petitioner,                )

14

    v.                )   JUDGMENT

15

TIM VIRGA,                )

16

    Respondent.                )

17

18

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

19

reasons set forth in the Magistrate Judge's Report and Recommendation.

20

21

22

Dated: June 14, 2013

23

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

24

25

26

27

28